UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **THOMAS TRINKLEIN**, <br><br> Plaintiff, <br><br> vs. <br><br> **COMMISSIONER OF SOCIAL SECURITY,** <br><br> Defendant. | **2:21-CV-12096-TGB-EAS** |

## JUDGMENT

In accordance with the Opinion and Order issued on this date:

It is **ORDERED AND ADJUDGED** that this matter be **REMANDED** for further proceedings.

Dated at Detroit, Michigan:  September 15, 2022.

KINIKIA ESSIX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE